**154**

Alice HUBBARD, Carol Staten, and Ophelia Carson, Statutory Trustees and Last Officers and Directors of Staten, Inc., a Missouri corporation in forfeiture, and Staten, Inc., Plaintiffs/Respondents,

v.

Arizona HALL, Defendant/Appellant.

No. 65688.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 23, 1995.

Michael H. Izsak, Klutho, Cody, Kilo & Flynn, St. Louis, for appellant.

Elbert Dorsey, Collier & Dorsey, St. Louis, for respondents.

Before AHRENS, P.J. and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM

Arizona Hall appeals from a jury verdict rendered in favor of Staten Inc., formerly known as Doullos Enterprises, Inc., and Alice Hubbard, Carol Staten, and Ophelia Carson, as statutory trustees and last officers of Staten entitling Staten to payment for its services rendered to defendant pursuant to its agreement with defendant.

We affirm the judgment pursuant to Rule 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.

Peter ANDERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. 66332.

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 1995.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

PER CURIAM.

Defendant appeals from an order denying his Rule 24.035 motion seeking to vacate the judgment entered on his plea of guilty to the charge of distributing a controlled substance near a school, § 195.214 RSMo.Supp.1989.

We have reviewed the briefs of the parties and the record on appeal and find that the judgment of the motion court is not clearly erroneous. Defendant's sole point on appeal concerns a claim which was not presented to the motion court. Such a claim cannot be raised for the first time on appeal. *State v. Williams,* 861 S.W.2d 670, 680 (Mo.App. 1993). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).